UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB 10 P 12: 27

U.S. DISTRICT COURT
DISTRICT OF MASS.

CIVIL ACTION NO. _____

| | |
|---|---|
| DEPUY SPINE HOLDING CORPORATION, INC., As It Is General Partner Of DEPUY SPINE SALES LIMITED PARTNERSHIP, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| JOHN MIEYR and TRINITY SPINE, INC., | ) ) ) |
| Defendants. | ) |

## CORPORATE DISCLOSURE STATEMENT
## OF DEPUY SPINE HOLDING CORPORATION, INC.

Pursuant to Fed. R. Civ. P. 7.1 and LR 7.3, Plaintiff DePuy Spine Holding Corporation, Inc. ("DePuy Spine Holding"), in its capacity as General Partner of DePuy Spine Sales Limited Partnership, identifies DePuy, Inc. as its parent corporation. DePuy Spine Holding further identifies Johnson & Johnson Corporation as its ultimate parent corporation and the only publicly held corporation that directly or indirectly own 10% or more of its or DePuy, Inc.'s stock.

>DEPUY HOLDING CORPORATION, INC.
>As It Is General Partner of DEPUY SPINE
>SALES LIMITED PARTNERSHIP,
>
>By Its Attorneys,
>
>/s/ Joseph F. Shea
>Joseph F. Shea (BBO #555473)
>Eric P. Magnuson (BBO #643805)
>Nutter, McClennen & Fish, LLP
>World Trade Center West
>155 Seaport Boulevard
>Boston, MA 02210-9628

Dated: February 10, 2005

1402679.1