UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 12:3!

| | |
|---|---|
| DEPUY SPINE HOLDING CORP., As It Is General Partner Of DEPUY SPINE SALES LIMITED PARTNERSHIP,<br><br>Plaintiff,<br><br>v.<br><br>JOHN MIEYR and TRINITY SPINE, INC.,<br><br>Defendants. | **DECLARATION OF LAINE MASHBURN** |

I, Laine Mashburn, state on oath as follows:

1. I am the Vice-President of Sales of DePuy Spine, Inc. ("DePuy Spine") for the United States, Canada, Latin America, and the Asia-Pacific. I have worked for DePuy Spine since 1995. I have been involved in the spinal implant business since 1990.

2. DePuy Spine manufactures a number of spinal implant products, including so-called interbody devices such as cages, rods, and plates, as well as the screws that fix these devices into bone in the human spine. As a general matter, orthopaedic surgeons and neurosurgeons use these to realign and stabilize a human spine while fusion occurs during spinal fusion procedures performed in hospitals.

3. DePuy Spine's spinal implant products are regulated by the Food and Drug Administration, and must be prescribed by a licensed surgeon.

4. The spinal implant business is highly competitive. As part of my duties at DePuy Spine, I am familiar with DePuy Spine's competitors.

5. DePuy Spine devotes substantial revenues to developing and maintaining goodwill with its customers. Goodwill is essential to maintaining and expanding DePuy Spine's place in the highly competitive spinal product market.

6. DePuy Spine sells and distributes its spinal implant products to doctors, hospitals, and other health care providers through a combination of sales employees and independent distributors. DePuy Spine attempts to cultivate long-term relationships and repeat business with these providers.

7. DePuy Spine distributes it spinal implant products through DePuy Spine Sales Limited Partnership ("DePuy Partnership"), of which DePuy Spine is a limited partner. DePuy Partnership enters into written contracts with independent distributors to distribute DePuy Spine spinal implant products in a specified geographic area.

8. On or about March 29, 2004, DePuy Partnership entered into a written Sales Representative Agreement (the "Agreement") with Trinity Spine, Inc. and its principal, John Mieyr (collectively, "Mieyr"). A true and complete copy of the Agreement is attached as Exhibit A to DePuy Partnership's Complaint, filed herewith. The Agreement assigned Tarrant County, Texas, to Mieyr as a territory. By its terms, the Agreement terminated on December 31, 2004. Agreement, § 10. The Agreement also provided that for six months "following the termination of this Agreement for any reason, including the termination for non-renewal by any party, neither Representative [Trinity] nor Principal [Mieyr] nor any member of Principal's immediate family will directly or indirectly engage in the sale of Competitive Products in the Territory or accept

any compensation of any kind from any person or entity providing or engaging in the sale of Competitive Products." Agreement, § 4(f).

9. On January 27, 2005, I received a telephone voice-mail message from someone who identified himself as Dr. William Mitchell. Dr. William Mitchell is a surgeon in the Fort Worth, Tarrant County, Texas area. For some years, Dr. Mitchell has purchased DePuy Spine spinal implant products, including screws.

10. The message stated that Dr. Mitchell was disappointed that Mieyr no longer distributes DePuy Spine products. Dr. Mitchell continued: "I am going to continue to use him, but he's got another set of screws." I understand Dr. Mitchell's message to mean that Mieyr in distributing screws of another manufacturer for use in spinal implant surgery and that Dr. Mitchell uses the competitor's screws from Mieyr and thereby directs the hospitals in which he practices to purchase said screws from and/or through Mieyr. (Dr. Mitchell has not returned my telephone call to him).

11. Subsequently, the independent sales representative who replaced Mieyr in Tarrant County, Texas informed me that Mieyr was present at surgeries in Tarrant County, including surgeries prepared by Dr. Mitchell, distributing screws, cages and allograft bone products manufactured or distributed by Globus Medical, Inc. ("Globus").

12. I understand Globus manufactures and/or distributes interbody devices, screws, and allograft bone products for spinal implant surgery. Based upon this understanding, Globus' products directly compete with DePuy Spine's spinal implant products.

Signed under the pains and penalties of perjury on this 9th day of February 2005.

_____
Laine Mashburn