UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. _____

| | |
|---|---|
| DEPUY SPINE HOLDING CORP., As It Is General Partner Of DEPUY SPINE SALES LIMITED PARTNERSHIP, ) ) ) ) | |
| Plaintiff, ) ) | **DECLARATION OF ROB WALKER** |
| v. ) ) | |
| JOHN MIEYR and TRINITY SPINE, INC., ) ) ) | 05cv 10270 RGS |
| Defendants. ) | |

I, Rob Walker, hereby depose and state on oath as follows:

1. I am a Sales Representative for Spine Consultants, Inc. I distribute DePuy Spine, Inc. ("DePuy Spine") spinal implant products in Tarrant County, Denton County, and Wichita Falls County, Texas.

2. As part of my duties, I regularly meet with physicians and hospital administrators and employees. I am also regularly present in operating rooms during spinal implant surgeries within my geographic territory at which DePuy Spine products are implanted. These products include various interbody products such as cages, rods, and plates, as well as the screws that fix these devices to bone in the human spine. I also distribute related products for DePuy Spine, including an allograft bone product, VG2, which is used to supplement a patient's autologous bone during surgery.

3. I am personally familiar with John Mieyr.

4.   On or about January 3, 2005, John Mieyr telephoned me and stated, among other things, that he would be distributing spinal implant products of Globus Medical, Inc. ("Globus").

5.   Since January 3, 2005, I have been present in sterile processing departments in hospitals in Tarrant County for surgeries performed by Doctors John Sazy, Richard Hubbard, and William Mitchell. During these surgeries, I observed John Mieyr to be present with spinal implant screws, cages, and allograft bone manufactured or distributed by Globus. Like all materials in the sterile processing department, the Globus products were plainly labeled with the manufacturer's or distributor's name.

6.   John Mieyr is selling Globus products in Tarrant County that are directly competitive with DePuy Spine products.

Subscribed and sworn to by me under the pains and penalties of perjury on this ___ day of February 2005.

_____  2-7-2005
Rob Walker

1402323.1