# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. _____

FILED
IN CLERKS OFFICE

2005 FEB 10 P 12: 31

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| DEPUY SPINE HOLDING CORP., As It ) | |
| Is General Partner Of DEPUY SPINE ) | |
| SALES LIMITED PARTNERSHIP, ) | |
| ) | |
| Plaintiff, ) | **DECLARATION OF SUSAN BROWNELL** |
| ) | |
| v. ) | |
| ) | 05   10270 RGS |
| JOHN MIEYR and TRINITY ) | |
| SPINE, INC., ) | |
| ) | |
| Defendants. ) | |

I, Susan Brownell, state on oath as follows:

1.      I am the principal of Spinal Consultants, Inc.  Spinal Consultants, Inc. distributes spinal implant products manufactured by DePuy Spine, Inc. ("DePuy Spine").  I have been involved in the spinal implant business since 1989 and am familiar with DePuy Spine's competitors.

2.      I manage 18 sales representatives who are responsible for selling and distributing DePuy Spine's spinal implant products in the Dallas-Fort Worth area and east Texas, including Tarrant County.

3.      I am personally familiar with John Mieyr, who was previously a distributor of DePuy Spine products.  On or about December 29 or 30, 2004, John Mieyr telephoned me.

4.      During our conversation, Mr. Mieyr said that he would no longer be distributing DePuy Spine products and that he wished me the best.  Mr. Mieyr also stated that he was looking

at three companies, that Drs. Saze and Mitchell were going with him, and that he was going to work for my competition.

5.      Based on Mr. Mieyr's comments, I understood that he would be selling competitive spinal implant products in Tarrant County, including to Drs. Saze and Mitchell.

6.      Subsequently, in connection with my duties at Spinal Consultants, Inc., my distributors in Tarrant County have informed me that Mr. Mieyr is distributing competitive spinal implant products in Tarrant County, including screws, cages, and allograft bone manufactured or distributed by Globus Medical, Inc., a competitor of DePuy Spine.

Signed under the pains and penalties of perjury on this 9th day of February 2005.

_Susan Brownell_
Susan Brownell

1402319.1