UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. _____

05-10270-RGS

| | |
|---|---|
| DEPUY SPINE HOLDING CORPORATION, INC. | ) ) ) |
| DEPUY SPINE HOLDING CORPORATION, INC., As It Is General Partner Of DEPUY SPINE SALES LIMITED PARTNERSHIP, | ) ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| JOHN MIEYR and TRINITY SPINE, INC., | ) ) ) |
| Defendants. | ) |

# [~~PROPOSED~~] TEMPORARY RESTRAINING ORDER

After *ex parte* hearing, the Court hereby: (i) ENJOINS and RESTRAINS defendants Trinity Spine, Inc. and John Mieyr, and their agents, servants, employees, attorneys, and all persons acting in active concert or participation with them, until *further Order of the Court* from directly or indirectly selling, or accepting compensation from any person or entity providing or engaging in the sale of, spinal implant products in Tarrant County, Texas.

- 2 -

The Court further orders that a preliminary injunction hearing in this matter be scheduled for _February 18_, 2005 at _12:00 NOON_.

Dated: February _10_, 2005

1:15 P.M.

_Richard B. Stearns_
( U.S.D.J. , D.J.)

1402738.1