UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*FILED IN CLERK'S OFFICE*
*2005 FEB 18 A 11:51*
*U.S. DISTRICT COURT*
*DISTRICT OF MASS.*

| |
|---|
| DEPUY SPINE HOLDING CORPORATION, INC. as General Partner of DEPUY SPINE SALES LIMITED PARTNERSHIP, |
| Plaintiff, |
| v. |
| JOHN MIEYR and TRINITY SPINE, INC., |
| Defendants. |

Civ. Action No. 05-102770-RGS

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as counsel for the defendants John Mieyr and Trinity Spine, Inc. in the above-entitled matter.

Respectfully submitted,

JOHN MIEYR and TRINITY SPINE, INC.

By their attorney,

_____
Jeffrey A. Dretler, BBO #558953
PRINCE, LOBEL, GLOVSKY & TYE LLP
585 Commercial Street
Boston, MA 02109
(617) 456-8000

DATED: February 18, 2005

## CERTIFICATE OF SERVICE

      I, Jeffrey A. Dretler, attorney for the defendants in the above-referenced matter, hereby certify that on this __18__ day of February, 2005, I served the within document upon the Plaintiff by hand delivering a copy thereof to its counsel of record, Joseph F. Shea, Nutter, McClennan & Fish, LLP, World Trade Center West, 155 Seaport Boulevard, Boston, MA 02210-9628.

_____
Jeffrey A. Dretler