UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DEPUY SPINE HOLDING CORPORATION, INC.** as General Partner of **DEPUY SPINE SALES LIMITED PARTNERSHIP,**<br><br>Plaintiff,<br><br>v.<br><br>**JOHN MIEYR and TRINITY SPINE, INC.,**<br><br>Defendants. | Civ. Action No. 05-102770-RGS |

## ASSENTED TO MOTION FOR PRO HAC VICE ADMISSION OF ROBBYN P. WYSOCKI

Pursuant to Local Rule 83.5.3(b) of the Unites States District Court for the District of Massachusetts, I, Jeffrey A. Dretler, a member in good standing of the bar of this Court, hereby move that Robbyn P. Wysocki be permitted to appear and practice before this Court on behalf of defendants John Mieyr and Trinity Spine, Inc., in the above-captioned action. Plaintiff has assented to this motion.

Ms. Wysocki is a *cum laude* graduate of the University of Massachusetts, earned her J.D. from the George Mason School of Law in 1990 and has been a member in good standing of the bar of the State of Texas since November 1990. Ms. Wysocki is also admitted to practice and is a member in good standing of the United States District Courts for the Northern, Southern, Eastern and Western Districts of Texas, and the Fifth Circuit Court of Appeals. On February 18, 2005 (this morning), Ms. Wysocki was sworn in as a member of the bar of the Commonwealth of Massachusetts, and her Board of Bar Overseers number is pending.

Ms. Wysocki's familiarity with the facts underlying this action militates in favor of her appearance and practice in this court on behalf of defendants John Mieyr and Trinity Spine, Inc. in this action.

Attached in support hereof is a Certificate of Robbyn P. Wysocki that states: (1) she is a member of the bar in good standing in every jurisdiction where she has been admitted to practice; (2) there are no disciplinary proceedings pending against her as a member of the bar in any jurisdiction; and (3) she is familiar with the Local Rules of the Unites States District Court for the District of Massachusetts. I have also filed, herewith, my appearance on behalf of the defendants in this action.

Respectfully submitted,

_____
Jeffrey A. Dretler, BBO #558953
PRINCE, LOBEL, GLOVSKY & TYE LLP
585 Commercial Street
Boston, MA 02109
(617) 456-8000

## CERTIFICATE OF SERVICE

I, Jeffrey A. Dretler, attorney for the defendants in the above referenced matter, hereby certify that on this 18th day of February, 2005, I served the within document upon the Plaintiff by hand delivering a copy thereof to its counsel of record, Joseph F. Shea, Nutter, McClennan & Fish, LLP, World Trade Center West, 155 Seaport Boulevard, Boston, MA 02210-9628.

_____
Jeffrey A. Dretler