FILED
IN CLERKS OFFICE
2005 FEB 18  4: 48
U.S. DISTRICT COURT
DISTRICT OF MA

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-CV-10270-RGS

| | |
|---|---|
| DEPUY SPINE HOLDING CORP., As It Is General Partner Of DEPUY SPINE SALES LIMITED PARTNERSHIP,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN MIEYR and TRINITY SPINE, INC.,<br><br>    Defendants. | SECOND DECLARATION OF JACK CARLSON |

I, Jack Carlson, state on oath as follows:

1. I am the Central Area Vice-President of DePuy Spine, Inc. ("DePuy Spine"), the limited partner of DePuy Spine Sales Limited Partnership ("DePuy Partnership").

2. In 2004, 80% - 90% of the sales of DePuy Spine products made by John Mieyr and Trinity Spine, Inc. involved surgeries performed by Drs. Gray, Mitchell, or Sazy.

3. The profits DePuy Partnership earns on Mieyr's sales of DePuy Spine products are greater than the commissions DePuy Partnership pays to Mieyr.

Signed under the pains and penalties of perjury on this 18th day of February 2005.

*/s/ Jack Carlson*
Jack Carlson

---

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorneys of record for each party by mail / ~~by hand~~

Date: 2/18/05