UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-CV-10270-RGS

DEPUY SPINE HOLDING CORPORATION, INC.
as General Partner of DEPUY SPINE SALES
LIMITED PARTNERSHIP

v.

JOHN MIEYR and TRINITY SPINE, INC.

MEMORANDUM AND ORDER ON
PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

February 22, 2005

STEARNS, D.J.

The motion will be ALLOWED in part and DENIED in part. The court will not enjoin defendant John Mieyr from providing services to Drs. Sazy, Mitchell, Gray, and Hubbard. These doctors have stated their preference to maintain a surgical relationship with Mieyr and a consequent intention to make no further purchases of surgical products from plaintiff DePuy Spine Holding Corp., Inc. (DePuy). That being so, DePuy can point to no irreparable harm, as these four customers have already been lost. This is not, contrary to DePuy's argument, to reward Mieyr for breaching the non-competition agreement. As the court noted at the hearing, by admitting an exception, the court was not ratifying Mieyr's conduct or excusing any breach of the agreement on his part. If DePuy is able to convince the arbitrator that the doctors' decision was instigated or solicited by Mieyr, he will be liable (subject to any defenses) for the appropriation of customer goodwill.[1]

---

[1] DePuy also states that Mieyr has appropriated corporate confidential information. This may be true, but DePuy points to nothing of a specific nature that the court would deem to fall within the category of a trade secret.

## ORDER

The court hereby ENJOINS and RESTRAINS defendants Trinity Spine, Inc., and John Mieyr, and their agents, servants, employees, and any person acting in concert with either or both defendants, from directly or indirectly selling, distributing, or supplying spinal implant products in Tarrant County, Texas, with the exception of doctors Sazy, Mitchell, Gray, and Hubbard. This exception does not constitute a finding by the court that the non-competition agreement has not been breached with respect to any one or all of these four doctors.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE