UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEPUY SPINE HOLDING CORPORATION, INC. as General Partner of DEPUY SPINE SALES LIMITED PARTNERSHIP,<br><br>Plaintiff,<br><br>v.<br><br>JOHN MIEYR and TRINITY SPINE, INC.,<br><br>Defendants. | Civ. Action No. 05-102770-RGS |

## DECLARATION OF JOHN MIEYR IN SUPPORT OF MOTION FOR PARTIAL RECONSIDERATION

STATE OF TEXAS §
COUNTY OF DALLAS §

BEFORE ME, the undersigned authority, on this day personally appeared JOHN MIEYR ("Mieyr"), known to me to be the person whose name is subscribed below and who, under oath, did depose and state the following:

1. My name is John Mieyr. I am over the age of twenty-one (21) years and am fully competent to make this affidavit. I have never been convicted of a felony or any crime involving moral turpitude.

2. I have personal knowledge of the facts contained in this affidavit, and those facts are true and correct. I am the principal owner of Trinity Spine, Inc., a Defendant in the above-styled and numbered case.

3. On behalf of Trinity Spine, I am a party to the Agreement from which this lawsuit arose. A true and correct copy of the Agreement is already before the Court, attached to Plaintiff's

Original Complaint.

4. Pursuant to the Contract, my Territory was account-based, not geography-based. While Schedule B to the Contract does have the entire Tarrant County blacked out, the key on the map indicates that my territory was only certain accounts, and not all of Tarrant County.

5. During the term of the Agreement, my accounts were those hospitals and health care facilities listed on the third page of Schedule B to the Agreement. I did not have the contractual right to service any other hospitals or health care facilities in Tarrant County other than those listed on the third page of Schedule B.

6. Other distributors, under the management of Susan Brownell, as stated in her Affidavit, ¶ 2 filed by Plaintiff as attached to its Supplemental Memorandum in Support of Motion for Preliminary Injunction, serviced and apparently continue to service the other hospitals within Tarrant County.

7. The term of the Covenant not to Compete within the contract is six months from the date of termination. DePuy terminated the contract on December 31, 2004. Therefore, any obligations arising under the Covenant expire on June 30, 2005.

Further affiant saith not.

_____
JOHN MIEYR

SWORN TO AND SUBSCRIBED before me the undersigned authority on this ___4___ day of ~~February,~~ 2005.
March

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

SHANNA CARPENTER
Notary Public, State of Texas
Tarrant County
My Comm. Expires 02-25-2006

DECLARATION OF JOHN MIEYR IN SUPPORT OF MOTION FOR PARTIAL RECONSIDERATION - PAGE 2

CERTIFICATE OF SERVICE

I, Robbyn P. Wysocki, attorney for the defendants in the above referenced matter, hereby certify that on this 2nd day of March, 2005, I served the within document upon the Plaintiff by first class mail, return receipt requested, a copy thereof to its counsel of record, Joseph F. Shea, Nutter, McClennen & Fish, LLP, World Trade Center West, 155 Seaport Boulevard, Boston, MA 02210-9628.

Robbyn P. Wysocki