## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-CV-10270-RGS

| | |
|---|---|
| DEPUY SPINE HOLDING CORPORATION, INC., As It Is General Partner Of DEPUY SPINE SALES LIMITED PARTNERSHIP,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>JOHN MIEYR and TRINITY SPINE, INC.,  )<br>  )<br>Defendants.  ) | **PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT** |

Pursuant to Fed. R. Civ. P. 55(a), plaintiff DePuy Holding Corporation, Inc., As it Is General Partner of DePuy Spine Sales Limited Partnership ("DePuy Spine") requests that the Clerk of this Court enter a default against defendants John Mieyr and Trinity Spine, Inc. (collectively, "Defendants"). DePuy Spine states in support hereof as follows:

1. On October 27, 2005, DePuy served its Amended Complaint upon Defendants (through their attorneys) both by electronic filing and by overnight mail.

2. Pursuant to Fed. R. Civ. P. 15 (a), a party has ten days after service of an amended complaint within which to file a responsive pleading.

3. As of November 22, 2005, DePuy Spine had received no responsive pleading to its Amended Complaint. Moreover, the Court's electronic filing system indicates that no responsive pleading had been filed as of that date.

Wherefore, for all of the above stated reasons, DePuy Spine requests the Clerk of the Court to enter a default against Defendants John Mieyr and Trinity Spine, Inc.

        DEPUY HOLDING CORPORATION, INC.
        As It Is General Partner of DEPUY SPINE
        SALES LIMITED PARTNERSHIP,

        By Its Attorneys,

        /s/ Joseph F. Shea
        Joseph F. Shea (BBO #555473)
        Eric P. Magnuson (BBO #643805)
        Nutter, McClennen & Fish, LLP
        World Trade Center West
        155 Seaport Boulevard
        Boston, MA 02210-9628

Dated: November 22, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served by Federal Express upon the attorney of record for each party who did not receive electronic service of this document.

        /s/ Joseph F. Shea
        Joseph F. Shea

Dated: November 22, 2005

1482628.1