## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-CV-10270-RGS

| | |
|---|---|
| DEPUY SPINE HOLDING CORPORATION, INC., As It Is General Partner Of DEPUY SPINE SALES LIMITED PARTNERSHIP, <br><br> v. <br><br> JOHN MIEYR and TRINITY SPINE, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) |

### AFFIDAVIT OF JOSEPH SHEA IN SUPPORT
### OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT

I, Joseph F. Shea, hereby depose and state on oath as follows:

1. I am an attorney representing DePuy Spine Holding Corporation, Inc., as it is General Partner of DePuy Spine Sales Limited Partnership ("DePuy") in this case.

2. On October 27, 2005, I caused to be electronically filed and served upon Defendants DePuy's Amended Complaint. In addition, on October 27, 2005, I caused a copy of the Amended Complaint to be sent Robbyn P. Wysocki *via* Federal Express at: McCue Wysocki, P.C., Suite 250, 14135 Midway Road, Dallas, Texas 75001.

3. Pursuant to Fed. R. Civ. P. 15(a), a responsive pleading to the Amended Complaint was due within 10 days after service of the Amended Complaint. As of November 22, 2005, DePuy has not received any responsive pleading to the Amended Complaint. Moreover, as of November 22, 2005, the Court's electronic filing systems indicates that no responsive pleading to the Amended Complaint has been filed.

- 2 -

Subscribed and sworn to by me under the pains and penalty of perjury on this 22nd day of November 2005.

/s/ Joseph F. Shea
Joseph F. Shea (BBO #555473)
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-9628

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served by Federal Express upon the attorney of record for each party who did not receive electronic service of this document.

/s/ Joseph F. Shea
Joseph F. Shea

Dated: November 22, 2005

1482533.1