UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEPUY SPINE HOLDING CORPORATION, INC. as General Partner of DEPUY SPINE SALES LIMITED PARTNERSHIP,<br><br>          Plaintiff,<br><br>v.<br><br>JOHN MIEYR and TRINITY SPINE, INC.,<br><br>          Defendants. | Civ. Action No. 05-10270-RGS |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL
FOR JOHN MIEYR AND TRINITY SPINE, INC.**

TO THE HONORABLE JUDGE OF SAID COURT:

    NOW COME Robbyn P. Wysocki and the law firm of McCue Wysocki, P.C., and Jeffrey A. Dretler and the law firm of Prince, Lobel, Glovsky & Tye LLP ("Counsel") and request, pursuant to Local Rule 83.5.2, that this Court grant them leave to withdraw as attorneys for the Defendants, John Mieyr and Trinity Spine, Inc. The Plaintiff does not object to this Motion. As good cause therefore, Counsel relates as follows.

    1.    Defendants are John Mieyr and Trinity Spine, Inc.

    2.    Plaintiff is Depuy Spine Holding Corporation, Inc., as General Partner of Depuy Spine Sales Limited Partnership ("Depuy Spine"). Depuy Spine has brought a lawsuit against John Mieyr and Trinity Spine, Inc. alleging Breach of Contract, Misappropriation of Trade Secrets/Confidential Information and Unfair Competition.

    3.    Arbitration for this matter was terminated on October 20, 2005.

4. Irreconcilable differences have arisen between Counsel and Defendants, John Mieyr and Trinity Spine, Inc., as set forth in the Affidavit of Robbyn P. Wysocki, filed herewith.

5. Good cause exists for this court to grant this motion to withdraw because irreconcilable differences have developed between Defendants, John Mieyr and Trinity Spine, Inc. and their Counsel.

6. Robbyn P. Wysocki and McCue Wysocki, P.C. have delivered a copy of this Motion to Defendants John Mieyr and Trinity Spine, Inc. and have made multiple attempts to notify them of their right to object to this Motion. No objection or response of any kind has been received.

7. Defendants John Mieyr and Trinity Spine, Inc. have not responded to attempts to communicate either by U.S. post mail, electronic mail or telephone to discuss this motion to withdraw.

8. The last known address of Defendants, John Mieyr and Trinity Spine, Inc. is 4406 Shadywood Lane, Colleyville, TX  76034.

9. The Plaintiff, Depuy Spine, does not object to this Motion.

10. There are no pending motions and no trial date has been set.

WHEREFORE, Robbyn P. Wysocki and McCue Wysocki, P.C., and Jeffrey A. Drelter and Prince, Lobel, Glovsky & Tye LLP request that this Court grant them leave to withdraw as counsel for the Defendants, John Mieyr and Trinity Spine, Inc.

Respectfully Submitted,

By:    */s/ Robbyn P. Wysocki*
Robbyn P. Wysocki
BBO#: 662172
McCUE WYSOCKI, P.C.
14135 Midway Road
Suite 250
Addison, Texas  75001
Ph.: (972) 490-0808
Fax: (972) 490-9545


By:    */s/ Jeffrey A. Dretler*
Jeffrey A. Dretler
BBO#: 558953
PRINCE, LOBEL, GLOVSKY & TYE LLP
585 Commercial Street
Boston, MA  02109
Ph: (617) 456-8000
Fax: (617) 456-8100

**ATTORNEYS FOR DEFENDANTS
JOHN MIEYR AND TRINITY SPINE, INC.**


## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that I have spoken to counsel for the Plaintiff in this matter who indicates that the Plaintiff does not object to this Motion to Withdraw.  I have advised the Defendants of this Motion to Withdraw, and provided a copy thereof, and the Defendants have not objected, or responded in any way.

*/s/ Robbyn P. Wysocki*
Robbyn P. Wysocki