UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEPUY SPINE HOLDING CORPORATION, INC. as General Partner of DEPUY SPINE SALES LIMITED PARTNERSHIP,<br><br>Plaintiff,<br><br>v.<br><br>JOHN MIEYR and TRINITY SPINE, INC.,<br><br>Defendants. | Civ. Action No. 05-102770-RGS |

**AFFIDAVIT OF ROBBYN P. WYSOCKI**

STATE OF TEXAS §
§
COUNTY OF DALLAS §

BEFORE ME, the undersigned authority, on this day personally appeared ROBBYN P. WYSOCKI, known to me to be the person whose name is subscribed below and who, under oath, did depose and state the following:

1. My name is ROBBYN P. WYSOCKI. I am over the age of twenty-one (21) years and am fully competent to make this affidavit. I have personal knowledge of the facts contained in this affidavit, and those facts are true and correct;

2. I am an attorney and have been licensed to practice law by the State of Texas since 1990, and have been licensed to practice law in the commonwealth of Massachusetts since February 2005. I and my law firm McCue Wysocki, P.C. ("MW") were engaged by John Mieyr and Trinity Spine, Inc. (collectively "Mieyr"). Trinity Spine is owned

AFFIDAVIT OF ROBBYN P. WYSOCKI, Page 1

and operated solely by Mieyr.

3. I also engaged Jeff Dretler, of Prince, Lobel, Glovsky and Tye, LLP ("PLGT") to act as local counsel in this matter.

4. Mieyr has been unable or unwilling to fulfill his and his company's financial commitment to both MW and PLGT. Further, Mieyr has been unable or unwilling to communicate with counsel in order to allow counsel to defend this case.

5. Beginning in late October and continuing through Tuesday, December 13, 2005, I have made more than a dozen telephone calls to Mieyr to discuss further representation with him. In addition, I have directed my staff to make additional telephone calls to him, and have heard those calls as they are being made. He has not picked up the telephone for one of those calls, so we have left voice mails. In nearly all of those calls, I and my staff have given specific instructions to Mieyr required so that MW and PLGT could continue to represent him and his company in this lawsuit. Mieyr has not spoken to me directly since late October, although he has left voice mails for me at odd hours. In none of those messages has Mieyr indicated a willingness to fulfill his full obligations to both firms.

6. Additionally, I have offered to recommend to him other law firms that may wish to represent him. He has never addressed this offer in his voice mails.

7. In early November I sent Mieyr a letter outlining exactly what needed to occur in order for MW and PLGT to continue to represent him. I received no written or oral response from him.

8. In early December, my staff called Mieyr and asked to set up a meeting so that these issues could be discussed face to face. I overheard that telephone call being placed.

**AFFIDAVIT OF ROBBYN P. WYSOCKI,** Page 2

Mieyr did not respond.

_____
ROBBYN P. WYSOCKI

SWORN TO AND SUBSCRIBED before me the undersigned authority on this 15th day of December, 2005.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

TIA M. CHARLES
Notary Public, State of Texas
My Commission Expires
August 09, 2006

**AFFIDAVIT OF ROBBYN P. WYSOCKI**, Page 3