UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10270-RGS

DUPEY SPINE HOLDING CORPORATION, INC.

v.

JOHN MIEYR and TRINITY SPINE, INC.

<u>ORDER</u>

March 3, 2006

STEARNS, D.J.

On December 19, 2005, the court permitted defendant Trinity Spine, Inc.'s counsel to withdraw as its attorneys, but warned the defendant that it had (30) thirty days to cause successor counsel to file an appearance or be defaulted. As Trinity Spine has no counsel of record as of the date of this Order, the Clerk is directed, pursuant to Fed. R. Civ. P. 55, to enter a default.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE