UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

DUPEY SPINE HOLDING CORPORATION, INC.

     V.                                 CIVIL ACTION NO. 05-10270-RGS

JOHN MIEYR and TRINITY SPINE, INC.

## NOTICE OF DEFAULT

**STEARNS, DJ.**                                    **MARCH 6, 2006**

A DEFAULT IS HEREBY ENTERED AGAINST THE DEFENDANT, TRINITY SPINE, INC., FOR FAILURE TO COMPLY WITH THIS COURT'S ORDER OF DECEMBER 19, 2005.

    SO ORDERED.

                                                RICHARD G. STEARNS
                                              UNITED STATES DISTRICT JUDGE

        **BY:**

                      **/s/ Mary H. Johnson**
                        **Deputy Clerk**