UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**DUPEY SPINE HOLDING CORP.**

      **V.**                                       **CIVIL ACTION NO. 05-10250-RGS**

**JOHN MIEYR and**
**TRINITY SPINE, INC,**

## ORDER FOR STATUS REPORT TO BE FILED

**STEARNS, DJ.**                                                                         **MAY 9, 2007**

      **COUNSEL FOR THE PLAINTIFF IN THE ABOVE-CAPTIONED ACTION IS HEREBY ORDERED TO ELECTRONICALLY FILE A " STATUS REPORT" ADVISING THIS COURT OF THE CURRENT POSTURE OF THE CASE.**

      **THAT REPORT SHALL BE FILED BY:**

**JUNE 1, 2007.**

      **FAILURE TO COMPLY WITH THIS COURT'S ORDER WILL RESULT IN DISMISSAL OF THE CASE.**

      **SO ORDERED.**

                                                      **RICHARD G. STEARNS**
                                                      **UNITED STATES DISTRICT JUDGE**

          **BY:**

                           **/s/ Mary H. Johnson**
                           _____
                               **Deputy Clerk**