UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-CV-10270-RGS

| | |
|---|---|
| DEPUY SPINE HOLDING CORPORATION, INC., As It Is General Partner Of DEPUY SPINE SALES LIMITED PARTNERSHIP,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN MIEYR and TRINITY SPINE, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S STATUS REPORT

Pursuant to the Court's Order dated May 9, 2007, the plaintiff submits the following status report.

1.    On February 22, 2005, the Court entered a preliminary injunction enjoining the defendants. Plaintiff pursued its damages claim in contractually mandated arbitration.

2.    The defendants refused to participate in the arbitration and the American Arbitration Association terminated the arbitration. Plaintiff therefore asserted its damages claim in this case.

3.    On December 15, 2005, counsel for Trinity Spine, Inc. and John Mieyr ("Defendants") filed a motion to withdraw as attorney for Defendants ("Motion to Withdraw"). On December 19, 2005, this Court granted the Motion to Withdraw, and ordered Defendants to cause successor counsel to file an appearance within thirty days or Defendants would suffer a default. Defendants failed to appoint successor counsel within the time period.

4.    On March 6, 2006, the Court ordered the clerk to enter a default as to Defendant Trinity Spine, Inc. for failing to comply with the Court's December 19, 2005 order.

The Entry of Default was made on March 6, 2006.  Defendant Trinity Spine, Inc. has not moved to set aside the entry of default, nor have Defendants appointed successor counsel to date.

5. The non-competition period that underlay the preliminary injunction has expired.  Plaintiff therefore files a motion to dismiss without prejudice herewith.  Plaintiff requests that the Court consider this status report as its Local Rule 7.1 memorandum in support of its motion to dismiss.

>           DEPUY HOLDING CORPORATION, INC.
>           As It Is General Partner of DEPUY SPINE
>           SALES LIMITED PARTNERSHIP,
>
>           By Its Attorneys,
>
>           /s/Nancy E. Maroney
>           Joseph F. Shea (BBO #555473)
>           Nancy E. Maroney (BBO #652324)
>           Nutter, McClennen & Fish, LLP
>           World Trade Center West
>           155 Seaport Boulevard
>           Boston, MA 02210-9628

Dated:  June 1, 2007

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served by U.S. mail upon each pro se party who did not receive electronic service of this document.

>           /s/Nancy E. Maroney

1635783.1