UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-CV-10270-RGS

| | |
|---|---|
| DEPUY SPINE HOLDING CORPORATION, INC., As It Is General Partner Of DEPUY SPINE SALES LIMITED PARTNERSHIP, | )<br>)<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| JOHN MIEYR and TRINITY SPINE, INC., | )<br>)<br>) |
| Defendants. | ) |

VOLUNTARY MOTION TO DISMISS WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(2), plaintiff hereby moves to dismiss all claims in this action against defendants John Mieyr and Trinity Spine, Inc. ("Defendants") without prejudice. In support of this Motion, plaintiff refers to the Status Report filed herewith.

DEPUY HOLDING CORPORATION, INC.
As It Is General Partner of DEPUY SPINE
SALES LIMITED PARTNERSHIP,

By Its Attorneys,

    /s/Nancy E. Maroney
Joseph F. Shea (BBO #555473)
Nancy E. Maroney (BBO #652324)
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-9628

- 2 -

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served by U.S. mail upon each pro se party who did not receive electronic service of this document.

/s/Nancy E. Maroney

Dated: June 1, 2007

1635926.1